AO 121 (Rev. 08/10)

| To: | **Mail Stop 8**<br>**Director of Patents and Trademarks**<br>**PO BOX 1450**<br>**Alexandria VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court for the District of Utah** on the following

| ✖ Trademarks or | ☐ Patents  ( ☐ the patent action involves 35 U.S.C. § 292.): |

| DOCKET NO.<br>2:13-cv-01072-BCW | DATE FILED<br>12/03/2013 | U.S. DISTRICT COURT<br>**District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br>**Lifestar Network, LLC** | | DEFENDANT<br>**Jodi Hildebrandt**<br>**Sunrise Counseling Center** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** See Copy of Complaint | See Copy of Complaint | See Copy of Complaint |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION :   1) Upon initiation of action mail copy to Director     2) Upon filing of document adding patent(s), mail copy to Director     3) Upon termination of action , mail copy to Director