Jeffrey M. Jones, jjones@djplaw.com (State Bar No. 1741)
Jeffrey A. Stephens, jstephens@djplaw.com (State Bar No. 14339)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
(801) 415-3000

*Attorneys for LifeStar Network, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIFESTAR NETWORK, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JODI HILDEBRANDT AND SUNRISE COUNSELING CENTER INC,<br><br>  Defendants. | **Plaintiff's Rule 7.1 Disclosure Statement**<br><br>Civil No. 2:13-cv-01072-BCW<br><br>Judge Brooke C. Wells |

Plaintiff LifeStar Network, LLC ("LifeStar") hereby certifies that LifeStar has no parent corporation and that no publicly held corporation owns 10% or more of the stock of LifeStar.

DATED:  January 6, 2014           **DURHAM JONES & PINEGAR, P.C.**


                                    */s/ Jeffrey A. Stephens*
                                    Jeffrey A. Stephens

                                    *Attorney for LifeStar Network, LLC*

SLC_1690475

## CERTIFICATE OF SERVICE

       I hereby certify that on January 6, 2014, I caused the foregoing document to be filed electronically using the Court's CM/ECF system, and a copy was sent to the following via email:

Scott Preston
Filmore Spencer LLC
3301 North University Avenue
Provo, Utah 84604
Email: spreston@fslaw.com

*Attorney for Defendants*

                                  /s/ Jeffrey A. Stephens