Jeffrey M. Jones, jjones@djplaw.com (State Bar No. 1741)
Jeffrey A. Stephens, jstephens@djplaw.com (State Bar No. 14339)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
(801) 415-3000

*Attorneys for LifeStar Network, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIFESTAR NETWORK, LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>JODI HILDEBRANDT AND SUNRISE COUNSELING CENTER INC,<br><br>    Defendants. | **Plaintiff's Notice of Settlement**<br><br>Civil No. 2:13-cv-01072-BCW<br><br>Judge Brooke C. Wells |

      Plaintiff LifeStar Network, LLC ("LifeStar") hereby notifies the Court that the parties have been engaged in settlement discussions and have likely settled the matter.  Plaintiff expects to be able to voluntarily dismiss the case within the next two weeks.  The parties have yet to conduct an attorney planning conference under Fed. R. Civ. P. 26(f), but Plaintiff anticipates that further litigation will be unnecessary.  Should the parties be unable to dismiss the case within the next two weeks, Plaintiff will invite Defendants to participate in a planning conference under Fed. R. Civ. P. 26(f) and submit a proposed scheduling order to the Court soon thereafter.

SLC_1784074

2

Respectfully Submitted,

DATED:  March 14, 2014        **DURHAM JONES & PINEGAR, P.C.**


 /s/ Jeffrey A. Stephens
Jeffrey A. Stephens

*Attorney for LifeStar Network, LLC*


**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2014, I caused the foregoing document to be filed electronically using the Court's CM/ECF system, and a copy was sent to the following via email:

Scott Preston
Filmore Spencer LLC
3301 North University Avenue
Provo, Utah 84604
Email: spreston@fslaw.com

*Attorney for Defendants*

 /s/ Jeffrey A. Stephens