Jeffrey M. Jones, jjones@djplaw.com (State Bar No. 1741)
Jeffrey A. Stephens, jstephens@djplaw.com (State Bar No. 14339)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
(801) 415-3000

*Attorneys for LifeStar Network, LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LIFESTAR NETWORK, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JODI HILDEBRANDT AND SUNRISE COUNSELING CENTER INC,<br><br>    Defendants. | **Plaintiff's Notice of Voluntary Dismissal**<br><br>Civil No. 2:13-cv-01072-BCW<br><br>Judge Brooke C. Wells |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff LifeStar Network, LLC hereby voluntarily dismisses the above-captioned action without prejudice.

Respectfully Submitted,

DATED:  May 30, 2014        **DURHAM JONES & PINEGAR, P.C.**


    /s/ Jeffrey A. Stephens
    Jeffrey A. Stephens

    *Attorney for LifeStar Network, LLC*

SLC_1854889

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2014, I caused the foregoing document to be filed electronically using the Court's CM/ECF system, and a copy was sent to the following via email:

Scott Preston
Filmore Spencer LLC
3301 North University Avenue
Provo, Utah 84604
Email: spreston@fslaw.com

*Attorney for Defendants*

                                       /s/ Jeffrey A. Stephens