AO 121 (Rev. 08/10)

| To: | Mail Stop 8<br>Director of Patents and Trademarks<br>PO BOX 1450<br>Alexandria VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court for the District of Utah** on the following

[✖] Trademarks or [ ] Patents ( [ ] the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:13-cv-01072-BCW | DATE FILED<br>12/03/2013 | U.S. DISTRICT COURT<br>District of Utah<br>350 South Main Street, Room 150, Salt Lake City, UT 84101 |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| Lifestar Network, LLC | Jodi Hildebrandt<br>Sunrise Counseling Center |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See Copy of Complaint | See Copy of Complaint | See Copy of Complaint |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| Voluntary Dismissal |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| D. Mark Jones | Teri Sparrow | 07/02/2014 |

DISTRIBUTION : 1) Upon initiation of action mail copy to Director  2) Upon filing of document adding patent(s), mail copy to Director  3) Upon termination of action, mail copy to Director